UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS, EASTERN DIVISION

| | |
|---|---|
| HERICK LOUIS<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GREAT AMERICAN LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | CIVIL ACTION NO.<br><br>04 10818 GAO |

### NOTICE OF APPEARANCE

Please enter the appearance of Donald E. Frechette and Windy L. Rosebush of Edwards & Angell, LLP as counsel for Defendant, Great American Life Insurance Company, in the above-referenced proceeding.

Respectfully submitted,

GREAT AMERICAN LIFE INSURANCE COMPANY

By their attorneys,

_____
Donald E. Frechette, BBO #547293
Windy L. Rosebush, BBO #636962
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
Telephone: (617) 439-4444

Date: April 26, 2004

## CERTIFICATE OF SERVICE

I, Windy L. Rosebush, hereby certify that on this 26th day of April, 2004, I caused a copy of the foregoing document to be served upon Herick Louis, *pro se*, 400 Savin Hill Avenue, #21, Dorchester, MA 02125 via certified mail, return receipt requested.

Windy L. Rosebush