UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS, EASTERN DIVISION

| | |
|---|---|
| HERICK LOUIS,<br><br>            Plaintiff,<br><br>v.<br><br>GREAT AMERICAN LIFE INSURANCE COMPANY,<br><br>            Defendant. | CIVIL ACTION NO.<br><br>04-10818-GAO |

## LOCAL RULE 81.1 STATEMENT

Pursuant to Local Rule 81.1 of the United States District Court for the District of Massachusetts, attached as Exhibit A are certified copies of all of the filings in the matter of Herick Louis v. Great American Life Insurance Company, Civil Action No. SUCV2004-04109 in the docket of the Superior Court of the Commonwealth of Massachusetts for Suffolk County.

Respectfully submitted,
GREAT AMERICAN LIFE INSURANCE COMPANY
By its attorneys,

/s/ Windy Rosebush
Donald E. Frechette, BBO #547293
Windy L. Rosebush, BBO #636962
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
Telephone: (617) 439-4444

Dated: May 7, 2004

## CERTIFICATE OF SERVICE

I, Windy L. Rosebush, hereby certify that on this 7th day of May, 2004, I caused a copy of the foregoing document to be served upon Herick Louis, *pro se*, 400 Savin Hill Avenue, #21, Dorchester, MA 02125 via certified mail, return receipt requested.

_____
Windy L. Rosebush