UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HERICK LOUIS )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GREAT AMERICAN LIFE INSURANCE )<br>COMPANY, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.<br>04-CV-10818GAO |

**DEFENDANT'S MOTION TO DISMISS OR
FOR A MORE DEFINITE STATEMENT**

The Defendant, Great American Life Insurance Company seeks the dismissal of the Plaintiff's Complaint pursuant to Fed. R. Civ. P. 8 or, in the alternative, for a order requiring the Plaintiff to file a more definite statement pursuant to Fed. R. Civ. P. 12(e) on the grounds that the Plaintiff's Complaint is so vague and ambiguous that it does not comply with Rule 8 and the Defendant cannot reasonably be required to frame a responsive pleading.

Respectfully submitted,
GREAT AMERICAN LIFE INSURANCE
COMPANY
By its attorneys,

Donald E. Frechette, BBO #547293
Windy L. Rosebush, BBO #636962
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
Telephone: (617) 439-4444

Date: May 19, 2004

## CERTIFICATE OF SERVICE

    I, Windy L. Rosebush, hereby certify that on this 19th day of May, 2004, I caused a copy of the foregoing document to be served upon Herick Louis, *pro se*, 400 Savin Hill Avenue, #21, Dorchester, MA 02125 via certified mail, return receipt requested.

_____
Windy L. Rosebush