UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS, EASTERN DIVISION

| | |
|---|---|
| HERICK LOUIS, </br></br>　　　　　Plaintiff, </br></br>v. </br></br>GREAT AMERICAN LIFE INSURANCE COMPANY, </br></br>　　　　　Defendant. | CIVIL ACTION NO. </br>04-CV-10818GAO |

**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

　　　In accordance with Local Rule 7.3, Defendant Great American Life Insurance Company states that American Financial Group, Inc. owns approximately 83% of Great American Financial Resources, Inc., which in turn owns 100% of Great American Life Insurance Company. American Financial Group, Inc. and Great American Financial Resources, Inc. are publicly traded companies.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　GREAT AMERICAN LIFE INSURANCE
　　　　　　　　　　　　　　　　　　　　　COMPANY

　　　　　　　　　　　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　　　　　　　　　　　_____/s/ Windy L. Rosebush_____
　　　　　　　　　　　　　　　　　　　　　Donald E. Frechette, BBO #547293
　　　　　　　　　　　　　　　　　　　　　Windy L. Rosebush, BBO #636962
　　　　　　　　　　　　　　　　　　　　　EDWARDS & ANGELL, LLP
　　　　　　　　　　　　　　　　　　　　　101 Federal Street
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　　Telephone: (617) 439-4444

Date: July 26, 2004

- 2 -

## CERTIFICATE OF SERVICE

    I, Windy L. Rosebush, hereby certify that on this 26th day of July, 2004, I caused a copy of the foregoing document to be served upon Herick Louis, *pro se*, 400 Savin Hill Avenue, #21, Dorchester, MA  02125 via certified mail, return receipt requested.


                         /s/ Windy L. Rosebush
                             Windy L. Rosebush

BOS_BOS_453609_1/WROSEBUSH