UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS
        Plaintiff(s)

v.                                CIVIL ACTION NO.  04-10818-GAO

GREAT AMERICAN LIFE INSURANCE COMPANY
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

**G**   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that defendant's motion to dismiss ( # 8) is GRANTED.

                                      TONY ANASTAS,
                                      CLERK OF COURT

Dated: 9/16/04                     By  Paul S. Lyness
                                                Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                                                                           [jgm.]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS
        Plaintiff(s)

v.                                   CIVIL ACTION NO. 04-10818-GAO

GREAT AMERICAN LIFE INSURANCE COMPANY
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

**G**    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that defendant's motion to dismiss ( # 8) is GRANTED.

TONY ANASTAS,
CLERK OF COURT

Dated: 9/16/04                              By Paul S. Lyness
                                                                 Deputy Clerk